IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:15-CR-151-O |
| JAMES LEMARC BYRD (06) | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR, UNITED STATES DISTRICT JUDGE:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Motion to Dismiss the Indictment filed on June 10, 2015, as to defendant **James Lemarc Byrd** only.

In the interest of justice, the government moves to dismiss the indictment without prejudice as to defendant **James Lemarc Byrd** only.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

/s/ Alex C. Lewis
ALEX C. LEWIS
Assistant United States Attorney
Deputy Criminal Chief

/s/ Shawn Smith
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455