ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     DEC - 9 2015
CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O |
| AMBER LEE SHAW (28) (29) | (Supersedes Indictment returned June 10, 2015, adding Defendant Amber Lee Shaw only) |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before December 2013, and continuing until on or about December 2, 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Amber Lee Shaw** and Chris Nicholson, not named as a defendant herein, as well as others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_Sean Wilson_
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Superseding Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

AMBER LEE SHAW (2̶8̶) (29)

SUPERSEDING INDICTMENT
21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(1 COUNT)

A true bill rendered:

FORT WORTH             *[signature]*             FOREPERSON

Filed in open court this 9th day of December, A.D. 2015.

Defendant in Custody

*[signature]*
UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:15-MJ-524)