IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 4:15-CR-00151-O-17 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRIS NICHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant Chris Nicholson respectfully moves for a continuance of the trial setting in this case of six weeks. The Government does not oppose this requested continuance. In support, Mr. Nicholson would show as follows:

Mr. Nicholson first appeared with counsel at his initial appearance on December 3, 2015. The Court has set his case for trial on January 8, 2016, which is thirty-six days after the initial appearance and which includes the holidays.

This case involves 29 alleged co-conspirators and a tremendous amount of discovery, which defense counsel is just beginning to review. Counsel for the defendant has not yet been able to complete his investigation of the case. A continuance will enable counsel to provide effective assistance of counsel. Plea negotiations are ongoing. It is possible a continuance will enable the parties to resolve their issues without the necessity of trial, and it will allow counsel time to adequately prepare if there is a trial.

Additionally, defense counsel is set for trial on February 1, 2016, in this district in *United States v. Mecose Shorter*, No. 3:14-CR-078-N, in the United States District Court for the Northern District of Texas.

Therefore, defendant respectfully requests that the Court continue this case for six weeks, until Friday, **February 19, 2016**. This would be less than two weeks past the seventy-day speedy trial act limit. A proposed form of order has been mailed electronically to the Court pursuant to the Court's instructions.

Respectfully submitted,

/s/ John M. Helms
John. M. Helms
Tx. Bar No. 09401001
Broden, Mickelsen, Helms & Snipes
2600 State Street
Dallas, TX 75204
(214) 720-9552
(214) 720-9594 (facsimile)

Attorney for Defendant
Chris Nicholson

## CERTIFICATE OF CONFERENCE

On December 8 and 11, 2015, I conferred by electronic mail with counsel for the United States, Shawn Smith, who stated that the United States does not oppose this motion.

/s/ John M. Helms
John M. Helms

## CERTIFICATE OF SERVICE

I, John M. Helms, do hereby certify that, on this 11th day of December 2015, I caused the foregoing document to be served via electronic filing on all counsel of record via the Court's ECF system.

/s/ John M. Helms
John M. Helms