ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMBER LEE SHAW (29) | No. 4:15-CR-151-O<br>(Supersedes Indictment returned December 09, 2015, as to defendant Amber Lee Shaw only) |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before December 2013, and continuing until on or about December 2, 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Amber Lee Shaw** and Chris Nicholson, not named as a defendant herein, as well as others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

                Respectfully Submitted,

                JOHN R. PARKER
                UNITED STATES ATTORNEY

                SHAWN SMITH
                Assistant United States Attorney
                Texas State Bar No. 24033206
                801 Cherry Street, Suite 1700
                Fort Worth, Texas 76102
                Telephone: 817.252.5200
                Facsimile: 817.252.5455