IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:15-CR-151-O |
| CHRIS NICHOLSON (17) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS

TO THE HONORABLE REED O'CONNOR, U.S. DISTRICT JUDGE:

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Northern District of Texas, and in response to the Defendant's Motions would respectfully show this Court the following:

In response to the defendant's motions (doc. #869, doc #870, doc. #871, doc. #872, doc. #873 and doc. #874), by his plea of guilty to the indictment the defendant has waived these issues. *United States v. Bell*, 966 F.2d 914, 915 (5th Cir. 1992).

**[Remainder of page intentionally left blank]**

**Government's Response to Defendant's Motions - Page 1**

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817-252-5200
Facsimile:   817-252-5455
E-mail: shawn.smith2@usdoj.gov


## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney