IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

    V.                              Case No. 4:15-CR-00151-O(29)

AMBER SHAW
    DEFENDANT.

**DEFENDANT AMBER SHAW'S
MOTION FOR CONTINUANCE OF SENTENCING HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, AMBER SHAW, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the present sentencing hearing date of May 16, 2016 at 9:00 a.m. In support of this motion, AMBER SHAW would show the Court as follows:

I.

Counsel for the Defendant is requesting a continuance due to the need for additional time for a possible 5K motion. Mr. Barkman has a vacation letter in for the following dates and times and is not available on the current date: April 10-16, 2016, April 19-22, 2016, May 8-21, 2016, September 18-24, 2016, October 30-November 5, 2016 and December 18-24, 2016.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

The Defendant waives the right to a speedy trial conditioned on the Court's granting of this motion.

II.

Counsel for the Defendant conferred with Assistant United States Attorney Shawn Smith about this motion on March 1, 2016.  The government is NOT opposed to this motion.

AMBER SHAW prays that the Court enter an order continuing the sentencing hearing date of March 28, 2016.

                                       Respectfully Submitted,

                                       /s/ Patrick G. Barkman
                                       Patrick G. Barkman
                                       Texas State Bar Number:  24001236
                                       13 N. Main Street
                                       CLEBURNE, TX 76033
                                       Telephone:  (817) 558-4719
                                       Fax:  (817) 645-3100
                                       E-mail:  patrick@barkmanlawyer.com
                                       Attorney for the Defendant,
                                       AMBER SHAW

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant AMBER SHAW's Motion for Continuance was emailed to Shaw Smith, Assistant United States Attorney on the 4th day of March, 2016.

                                       /s/ Patrick G. Barkman
                                       Patrick G. Barkman

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

V.                                                Case No. 4:15-CR-00151-O(29)

AMBER SHAW
    DEFENDANT.

**ORDER ON DEFENDANT AMBER SHAW'S
MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant AMBER SHAW's Motion for Continuance is hereby:

_____  GRANTED

_____  DENIED

Signed in _____, Texas on this the \_\_\_\_\_ day of _____, 2016.

_____
United States District Judge